FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARCO ANTONIO SALAZAR-RIVAS, Defendant. | Criminal Case No. 08CR2255-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about June 9, 2008, within the Southern District of California, defendant MARCO ANTONIO SALAZAR-RIVAS, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 30.30 kilograms (66.66 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 8, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
7/7/08